# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EVERSOLE,<br>　　　Plaintiff,<br><br>　　　　　v.<br><br>ENCINO OAKS, LLC. et al.,<br>　　　Defendants. | CV 18-8948 DSF (KSx)<br><br>JUDGMENT |

　　The Court having granted a motion for default judgment,

　　IT IS ORDERED AND ADJUDGED that Plaintiff is awarded $4,000 in statutory damages, $5,012.50 in attorneys' fees, and $430 in costs, for a total amount of $9,442.50, and Defendant is to provide an accessible transaction counter and to provide accessible paths of travel in and throughout its merchandise aisles, and to otherwise maintain compliance with the ADAAG at the property located at or about 17310 Ventura Blvd., Encino, California.

Date: June 26, 2019

　　　　　　　　　　　　　　　　　　／s／ Dale S. Fischer
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge